UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE RUTH BERMUDEZ MONTENEGRO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WESLEY ALLEN NEELY,<br><br>　　　　　Defendant. | CASE NO.:　22-cr-02072-RBM<br><br>ORDER CONTINUING MOTION<br>HEARING/TRIAL SETTING |

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that the motion hearing/trial setting currently scheduled for October 7, 2022, at 9:00 a.m., be continued to December 9, 2022, at 9:00 a.m. The time period of Otober 7, 2022, to December 9, 2022, is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7).

**IT IS SO ORDERED.**

DATED: _10/4/2022_____

_____
**Honorable Ruth Bermudez Montenegro**
United States District Judge